| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br><br>IN RE:<br><br>   JOHN DELGADO<br>   KATHY A. DELGADO | Order Filed on May 25, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey<br><br>Case No.:  14-31677 SLM<br><br>Hearing Date:  5/24/2017<br><br>Judge:  STACEY L. MEISEL<br><br>Debtor is Entitled To Discharge |

### ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED:** May 25, 2017

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  JOHN DELGADO
KATHY A. DELGADO

Case No.:  14-31677 SLM

Caption of Order:    ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 12/1/2014, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 11/1/2014, the Debtor shall pay the Standing Trustee

    the sum of $500.00 for a period of 60 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:
John Delgado
Kathy A. Delgado
    Debtors

Case No. 14-31677-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 25, 2017
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.
db/jdb        +John Delgado,   Kathy A. Delgado,   84 John Street,   Saddle Brook, NJ 07663-5201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:
         Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
         Christopher J. Balala    on behalf of Creditor Russell   Kelley cbalala@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
         Christopher J. Balala    on behalf of Creditor Karen   Kelley cbalala@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
         David L. Stevens    on behalf of Creditor Russell   Kelley dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
         David L. Stevens    on behalf of Creditor Karen   Kelley dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Guillermo Gonzalez    on behalf of 3rd Party Plaintiff Russell   Kelley ggonzalez@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
         Guillermo Gonzalez    on behalf of Counter-Claimant Russell   Kelley ggonzalez@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
         Guillermo Gonzalez    on behalf of Counter-Claimant Karen   Kelley ggonzalez@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
         Guillermo Gonzalez    on behalf of 3rd Party Plaintiff Karen   Kelley ggonzalez@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
         Guillermo Gonzalez    on behalf of Defendant Karen   Kelley ggonzalez@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
         Guillermo Gonzalez    on behalf of Defendant Russell   Kelley ggonzalez@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
         John J. Scura, III    on behalf of Creditor Karen   Kelley jscura@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com
         John J. Scura, III    on behalf of Creditor Russell   Kelley jscura@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com
         Leonard S. Singer    on behalf of Counter-Defendant John   Delgado zsbankruptcy@gmail.com
         Leonard S. Singer    on behalf of 3rd Pty Defendant Kathy A. Delgado zsbankruptcy@gmail.com
         Leonard S. Singer    on behalf of Plaintiff John   Delgado zsbankruptcy@gmail.com
         Leonard S. Singer    on behalf of Counter-Defendant   Special Treats, LLC zsbankruptcy@gmail.com
         Leonard S. Singer    on behalf of Counter-Defendant Kathy A. Delgado zsbankruptcy@gmail.com
         Leonard S. Singer    on behalf of Joint Debtor Kathy A. Delgado zsbankruptcy@gmail.com
         Leonard S. Singer    on behalf of 3rd Pty Defendant John   Delgado zsbankruptcy@gmail.com
         Leonard S. Singer    on behalf of Plaintiff Kathy A. Delgado zsbankruptcy@gmail.com
         Leonard S. Singer    on behalf of Debtor John   Delgado zsbankruptcy@gmail.com

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: May 25, 2017
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Leonard S. Singer    on behalf of 3rd Pty Defendant    Special Treats, LLC zsbankruptcy@gmail.com
        Marie-Ann   Greenberg    magecf@magtrustee.com
        Mark E. Hall    on behalf of Mediator Mark   Hall mhall@foxrothschild.com

TOTAL: 26