UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)



In Re:

JOHN DELGADO, AND KATHY A. DELGADO
Debtors.

JOHN DELGADO, AND KATHY A. DELGADO
Plaintiffs.
v.
RUSSELL KELLEY, AND KAREN KELLEY
Defendants.

RUSSELL KELLEY, AND KAREN KELLEY
Third Party Plaintiff.
v.
SPECIAL TREATS, LLC, JOHN DOES 1-100, AND ABC CORP. 1-100
Third Party Defendants.

Case No.: 14-31677 (SLM)

Chapter: 13

Hearing Date: September 13, 2017

Judge: Stacey L. Meisel

**Order Filed on September 22, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Adv. No.: 16-01051(SLM)

## ORDER DENYING MOTION WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through (2) is **ORDERED**.

**DATED: September 22, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: John Delgado and Kathy A. Delgado
Case No.: 14-31677 (SLM)
Caption of Order: Order Denying Motion Without Prejudice

**THIS MATTER** having been brought before the Court on a Motion to Enforce Settlement Agreement and Authorize Recording of the Lien (Docket No. 63) ("**Motion**") by Russell and Karen Kelley, this Court finds:

**WHEREAS** the Motion is deficient for the following reason(s):

- ❑ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

- ❑ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

    - ❑ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

    - ❑ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

    - ❑ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

    - ❑ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

    - ❑ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

- ☒ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website.

- ☒ **Other:** Although movant served debtor's counsel, movant failed to serve debtor.

It is hereby

**ORDERED** that the Motion is DENIED, without prejudice.