UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

JOHN DELGADO, AND KATHY A. DELGADO
Debtors.

JOHN DELGADO, AND KATHY A. DELGADO
Plaintiffs.
v.
RUSSELL KELLEY, AND KAREN KELLEY
Defendants.

RUSSELL KELLEY, AND KAREN KELLEY
Third Party Plaintiff.
v.
SPECIAL TREATS, LLC, JOHN DOES 1-100, AND ABC CORP. 1-100
Third Party Defendants.

Case No.:  14-31677 (SLM)

Chapter:  13

Hearing Date:  September 13, 2017

Judge:  Stacey L. Meisel

**Order Filed on September 22, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Adv. No.:  16-01051(SLM)

# ORDER DENYING MOTION WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through (2) is **ORDERED**.

**DATED: September 22, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: John Delgado and Kathy A. Delgado
Case No.: 14-31677 (SLM)
Caption of Order: Order Denying Motion Without Prejudice

**THIS MATTER** having been brought before the Court on a Motion to Enforce Settlement Agreement and Authorize Recording of the Lien (Docket No. 63) ("**Motion**") by Russell and Karen Kelley, this Court finds:

**WHEREAS** the Motion is deficient for the following reason(s):

- ❏ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

- ❏ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

    - ❏ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

    - ❏ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

    - ❏ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

    - ❏ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

    - ❏ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

- ☒ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website.

- ☒**Other:** Although movant served debtor's counsel, movant failed to serve debtor.

It is hereby

**ORDERED** that the Motion is DENIED, without prejudice.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                      Case No. 14-31677-SLM
John Delgado                                                Chapter 13
Kathy A. Delgado
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 25, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db/jdb         +John Delgado,   Kathy A. Delgado,   84 John Street,   Saddle Brook, NJ 07663-5201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Christopher J. Balala    on behalf of Creditor Russell   Kelley cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Christopher J. Balala    on behalf of Creditor Karen   Kelley cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Creditor Russell   Kelley dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              David L. Stevens    on behalf of Creditor Karen   Kelley dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Guillermo  Gonzalez    on behalf of Creditor Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              Guillermo  Gonzalez    on behalf of 3rd Party Plaintiff Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              Guillermo  Gonzalez    on behalf of Counter-Claimant Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              Guillermo  Gonzalez    on behalf of Creditor Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              Guillermo  Gonzalez    on behalf of Counter-Claimant Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              Guillermo  Gonzalez    on behalf of 3rd Party Plaintiff Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              Guillermo  Gonzalez    on behalf of Defendant Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              Guillermo  Gonzalez    on behalf of Defendant Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              John J. Scura, III    on behalf of Creditor Karen   Kelley jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              John J. Scura, III    on behalf of Creditor Russell   Kelley jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              Leonard S. Singer    on behalf of Counter-Defendant John   Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of 3rd Pty Defendant Kathy A. Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of Plaintiff John   Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 25, 2017
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Leonard S. Singer    on behalf of Counter-Defendant    Special Treats, LLC zsbankruptcy@gmail.com, r57125@notify.bestcase.com
         Leonard S. Singer    on behalf of Counter-Defendant Kathy A. Delgado zsbankruptcy@gmail.com, r57125@notify.bestcase.com
         Leonard S. Singer    on behalf of Joint Debtor Kathy A. Delgado zsbankruptcy@gmail.com, r57125@notify.bestcase.com
         Leonard S. Singer    on behalf of 3rd Pty Defendant John  Delgado zsbankruptcy@gmail.com, r57125@notify.bestcase.com
         Leonard S. Singer    on behalf of Plaintiff Kathy A. Delgado zsbankruptcy@gmail.com, r57125@notify.bestcase.com
         Leonard S. Singer    on behalf of Debtor John  Delgado zsbankruptcy@gmail.com, r57125@notify.bestcase.com
         Leonard S. Singer    on behalf of 3rd Pty Defendant    Special Treats, LLC zsbankruptcy@gmail.com, r57125@notify.bestcase.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com

                                                                                                                                  TOTAL: 28