UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

ZAZELLA & SINGER, ESQS.
36 Mountain View Boulevard
Wayne, New Jersey 07470
(973) 696-1700 Telephone
(973) 696-3228 Telefax
Attorney for Debtors
LSS 7914

| | |
|---|---|
| In Re:<br><br>JOHN DELGADO<br>KATHY A . DELGADO | Case No.: _____14-31677_____<br><br>Judge: _____Stacey L. Meisel_____<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ ,
    creditor,

    A hearing has been scheduled for _____ , at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____September 26, 2018_____ , at ___9:00___ .

    ☒ Certification of Default filed by _____Trustee_____ ,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons (choose one):

    ☒ Payments have been made in the amount of $ _____1,000.00_____ , but have not
    been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):**

☐ Other **(explain your answer):**

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _August  21, 2018_____                   /s/John Delgado_____
                                                 Debtor's Signature

Date: ___8/21/2018_____

                                                 Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

## Make A Payment

1. Accept Terms & Conditions │ 2. Confirm Payment Details │ **3. Payment Completed**

## Payment Complete – Confirmation

Your payment has now been submitted. Please print this page for your records.

*On the 22 Aug 2018, $ 502.00 will be debited from your account.*

| | |
|---|---|
| Confirmation Number: | 5171973 |
| Payer Name: | John Delgado |
| Payer Email Address: | john.delgado@outlook.com |
| | |
| Online Payment ID: | 14316778373 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| | |
| Payment Type: | Single Payment |
| Payment Entered Date: | 21 Aug 2018 |
| Payment Date: | 21 Aug 2018 |
| Payment Effective Date: | 22 Aug 2018 |
| | |
| Payment Amount: | $ 500.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 502.00** |

*Please note, this payment will show as two separate debits to your banking account
in the amounts of $ 500.00 and $ 2.00*

 Close Window    Print

BBP Make A Payment

# Make A Payment

1. Accept Terms & Conditions 2. Confirm Payment Details **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

***On the 22 Aug 2018, $ 502.00 will be debited from your account.***

| | |
|---|---|
| Confirmation Number: | [illegible] |
| Payer Name: | [illegible] |
| Payer Email Address: | [illegible] |
| Online Payment ID: | [illegible] |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | [illegible] Aug 2018 |
| Payment Date: | [illegible] Aug 2018 |
| Payment Effective Date: | [illegible] Aug 2018 |
| Payment Amount: | $ [illegible].00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | $ 502.00 |

Please note, this payment will show as two separate debits to your banking account in the amounts of $ 500.00 and $ 2.00

Close Window Print

## Make A Payment

1. Accept Terms & Conditions  |  2. Confirm Payment Details  |  **3. Payment Completed**

## Payment Complete – Confirmation

Your payment has now been submitted. Please print this page for your records.

***On the 23 Aug 2018, $ 502.00 will be debited from your account.***

| | |
|---|---|
| Confirmation Number: | 5171979 |
| Payer Name: | John Delgado |
| Payer Email Address: | john.delgado@outlook.com |
| | |
| Online Payment ID: | 14316778373 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| | |
| Payment Type: | Single Payment |
| Payment Entered Date: | 21 Aug 2018 |
| Payment Date: | 22 Aug 2018 |
| Payment Effective Date: | 23 Aug 2018 |
| | |
| Payment Amount: | $ 500.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 502.00** |

*Please note, this payment will show as two separate debits to your banking account
in the amounts of $ 500.00 and $ 2.00*

 Close Window      Print