| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   JOHN DELGADO<br>   KATHY A. DELGADO |

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.:  14-31677 SLM

Hearing Date:  9/26/2018

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 3, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): JOHN DELGADO
KATHY A. DELGADO

Case No.: 14-31677

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/26/2018 on notice to LEONARD S. SINGER, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- 
- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.