**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

IN RE:

   JOHN DELGADO
   KATHY A. DELGADO

Case No.:  14-31677 SLM

Hearing Date:  9/26/2018

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 3, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): JOHN DELGADO
KATHY A. DELGADO

Case No.: 14-31677

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/26/2018 on notice to LEONARD S. SINGER, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- 

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 14-31677-SLM
John Delgado                                                        Chapter 13
Kathy A. Delgado
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Oct 03, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
db/jdb         +John Delgado,   Kathy A. Delgado,   84 John Street,   Saddle Brook, NJ 07663-5201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:

              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              David L. Stevens    on behalf of Creditor Russell   Kelley dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              David L. Stevens    on behalf of Creditor Karen   Kelley dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Guillermo  Gonzalez    on behalf of Creditor Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              Guillermo  Gonzalez    on behalf of 3rd Party Plaintiff Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              Guillermo  Gonzalez    on behalf of Counter-Claimant Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              Guillermo  Gonzalez    on behalf of Creditor Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              Guillermo  Gonzalez    on behalf of Counter-Claimant Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              Guillermo  Gonzalez    on behalf of 3rd Party Plaintiff Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              Guillermo  Gonzalez    on behalf of Defendant Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              Guillermo  Gonzalez    on behalf of Defendant Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              John J. Scura, III    on behalf of Creditor Karen   Kelley jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;jscura@scura.com;mmack@scura.com;jesposito@scuramealey.com
              John J. Scura, III    on behalf of Creditor Russell   Kelley jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;jscura@scura.com;mmack@scura.com;jesposito@scuramealey.com
              Leonard S. Singer    on behalf of Counter-Defendant John   Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of 3rd Pty Defendant Kathy A. Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of Plaintiff John   Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of Counter-Defendant    Special Treats, LLC zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 03, 2018
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Leonard S. Singer    on behalf of Counter-Defendant Kathy A. Delgado zsbankruptcy@gmail.com,
        r57125@notify.bestcase.com
        Leonard S. Singer    on behalf of Joint Debtor Kathy A. Delgado zsbankruptcy@gmail.com,
        r57125@notify.bestcase.com
        Leonard S. Singer    on behalf of 3rd Pty Defendant John  Delgado zsbankruptcy@gmail.com,
        r57125@notify.bestcase.com
        Leonard S. Singer    on behalf of Plaintiff Kathy A. Delgado zsbankruptcy@gmail.com,
        r57125@notify.bestcase.com
        Leonard S. Singer    on behalf of Debtor John  Delgado zsbankruptcy@gmail.com,
        r57125@notify.bestcase.com
        Leonard S. Singer    on behalf of 3rd Pty Defendant   Special Treats, LLC zsbankruptcy@gmail.com,
        r57125@notify.bestcase.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com, cbrown@foxrothschild.com
                                                                                                TOTAL: 26