Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                            Case No.: 14−31677−SLM
                                            Chapter: 13
                                            Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   John Delgado                                        Kathy A. Delgado
   84 John Street                                      84 John Street
   Saddle Brook, NJ 07663                      Saddle Brook, NJ 07663

Social Security No.:
   xxx−xx−8373                                        xxx−xx−0679

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after February 7, 2020 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: January 8, 2020
JAN: smz

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 14-31677-SLM
John Delgado                                                    Chapter 13
Kathy A. Delgado
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2                  Date Rcvd: Jan 08, 2020
                              Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db/jdb         +John Delgado,   Kathy A. Delgado,   84 John Street,   Saddle Brook, NJ 07663-5201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2020 00:07:22      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2020 00:07:19      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                                TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              David L. Stevens    on behalf of Creditor Russell   Kelley dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Creditor Karen   Kelley dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Guillermo  Gonzalez    on behalf of Defendant Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Guillermo  Gonzalez    on behalf of Creditor Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Guillermo  Gonzalez    on behalf of 3rd Party Plaintiff Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Guillermo  Gonzalez    on behalf of Counter-Claimant Russell   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Guillermo  Gonzalez    on behalf of Creditor Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Guillermo  Gonzalez    on behalf of Counter-Claimant Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Guillermo  Gonzalez    on behalf of 3rd Party Plaintiff Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Guillermo  Gonzalez    on behalf of Defendant Karen   Kelley ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              John J. Scura, III    on behalf of Creditor Karen   Kelley jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Jan 08, 2020
                              Form ID: clsnodsc        Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John J. Scura, III    on behalf of Creditor Russell  Kelley jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Leonard S. Singer    on behalf of 3rd Pty Defendant    Special Treats, LLC zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of Counter-Defendant John  Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of 3rd Pty Defendant Kathy A. Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of Plaintiff John  Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of Counter-Defendant    Special Treats, LLC zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of Counter-Defendant Kathy A. Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of Joint Debtor Kathy A. Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of 3rd Pty Defendant John  Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of Plaintiff Kathy A. Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S. Singer    on behalf of Debtor John  Delgado zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com, cbrown@foxrothschild.com
                                                                                          TOTAL: 26
```